JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Pole Fitness Studio, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>POLE FITNESS STUDIO, LLC., a Domestic Limited-Liability Company and DOES 1-50,<br><br>Defendants. | Case No.<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

Pursuant to 28 U.S.C. § 1332(d), Defendant hereby notifies the Court of the removal of *Brittany Sanders v. Pole Fitness Studio, LLC, a Domestic Limited-Liability Company and DOES 1-50,* Case No. A-21-845826-C, which was filed in the Eighth Judicial District Court in Clark County, Nevada. In support of said removal, Defendant states as follows:

1. On December 22, 2021, an action was commenced in the Eighth Judicial District Court of Clark County, Nevada, entitled *Brittany Sanders v. Pole Fitness Studio, LLC, a Domestic Limited-Liability Company and DOES 1-50.* A copy of the Complaint is attached hereto as **Exhibit A**.

2. Defendant was served with the Summons and Complaint on January 10, 2022, with a copy of the Complaint and a Summons issued by the state court on or about December 22, 2021. A copy of the Summons is attached hereto as **Exhibit B**.

3. This action is properly removed to federal court under federal question jurisdiction because Plaintiff's Complaint contains claims which arise under federal law, specifically, Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e and §1981. *See* 28 U.S.C. § 1441.

4. This Notice of Removal is being filed within thirty (30) days of receipt of any pleadings setting forth the claim for relief upon which the action is based and is, therefore, timely under 28 U.S.C. § 1331 and § 1446(b).

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action arising under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff alleges conduct in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e and Title VII of the Civil Rights Act of 1991, 42 U.S.C. §1981. Any remaining state law claims are also properly removed pursuant to the Court's supplemental jurisdiction. 28 U.S.C. § 1367(a).

6. Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state Court. 28 U.S.C. § 1391.

WHEREFORE, Defendants pray that the above-referenced action now pending in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark be removed therefrom to this Court.

Dated this 31st day of January, 2022.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Pole Fitness Studio, LLC*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 31st day of January, 2022, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** properly addressed to the following:

Daniel R. Watkins, Esq.
Michael A. DiRenzo, Esq.
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Suite 22A
Henderson, Nevada 89074

*Attorneys for Plaintiff*
*Brittany Sanders*

                                                /s/ *Kelley Chandler*
                                                Employee of Jackson Lewis P.C.

4871-8764-9035, v. 1