JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Pole Fitness Studio, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY SANDERS,<br><br>   Plaintiff,<br><br>vs.<br><br>POLE FITNESS STUDIO, LLC., a Domestic Limited-Liability Company and DOES 1-50,<br><br>   Defendants. | Case No. 2:22-cv-00175-JAD-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Brittany Sanders ("Plaintiff"), through her counsel Watkins & Letofsky, LLP, and Defendant Pole Fitness Studio, LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have an extension up to and including Friday, February 18, 2022, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.   Defendant's response to the Complaint is currently due on February 7, 2022.

2.   Due defense counsel's recent retention, Defendant requires additional time to investigate Plaintiff's allegations before responding to the Complaint.

3.   This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

4.   This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

1  Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or
2  be construed as waiving any claim or defense held by any party hereto.
3  Dated this 7th day of February, 2022.

| WATKINS & LETOFSKY, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Michael A. DiRenzo* | */s/ Joshua A. Sliker* |
| MICHAEL A. DiRENZO, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 13104 | Nevada Bar No. 12493 |
| 8935 S. Pecos Road, Ste. 22A | 300 S. Fourth Street, Suite 900 |
| Henderson, Nevada 89074 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Brittany Sanders* | *Pole Fitness Studio, LLC* |

**ORDER**
**IT IS SO ORDERED**

**DATED:** 11:18 am, February 08, 2022

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4867-8366-0301, v. 1